1   Robert D. Phillips, Jr. (SBN 82639)
    Email: rphillips@reedsmith.com
2   Joy L. Durand (SBN 245413)
    Email: jdurand@reedsmith.com
3   REED SMITH LLP
    Two Embarcadero Center, Suite 2000
4   San Francisco, CA  94111-3922

5   **Mailing Address:**
    P.O. Box 7936
6   San Francisco, CA  94120-7936

7   Telephone:    415 543 8700
    Facsimile:    415 391 8269
8

9   Linda B. Oliver (SBN 166720)
    Email: loliver@reedsmith.com
10  REED SMITH LLP
    1999 Harrison Street, Suite 2400
11  Oakland, CA  94612-3572

12  Mailing Address:
    P.O. Box 2084
13  Oakland, CA  94604-2084

14  Telephone:    510 763 2000
    Facsimile:    510 273 8832

15  Attorneys for Defendant
    Ohio National Life Assurance Corporation
16

UNITED STATES DISTRICT COURT

17  NORTHERN DISTRICT OF CALIFORNIA

18

19  LARRY F. MADSEN, DDS,                        No.:

20                          Plaintiff,           **CERTIFICATE OF INTERESTED
                                                 ENTITIES OR PERSONS [L.R.3-16]**
21          vs.

22  OHIO NATIONAL LIFE ASSURANCE
    CORPORATION, and DOES 1 through 10,
23  inclusive,

24                          Defendants.

25

26

27

28

DOCSOAK-9911891.1-LOLIVER 7/14/08 9:19 AM

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS [L.R.3-16]

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1    Pursuant to Civil L.R. 3-16, the undersigned, counsel of record for defendant Ohio National

2  Life Assurance, certifies that the following listed persons, associations of persons, firms,

3  partnerships, corporations (including parent corporations) or other entities (i) have a financial

4  interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-

5  financial interest in that subject matter or in a party that could be substantially affected by the

6  outcome of this proceeding:

7    None.

8

9    DATED:  July 14, 2008.

10

                              REED SMITH LLP

11    By _____

12                              Linda B. Oliver.
                              Attorney for Defendant
13                              Ohio National Life Assurance Corporation

DOCSOAK-9911891.1-LOLIVER 7/14/08 9:19 AM

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS [L.R.3-16]

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 1999 Harrison Street, Suite 2400, Oakland, CA 94612-3572. On July 14, 2008, I served the following document(s) by the method indicated below:

## CERTIFICATE OF INTERESTED ENTITIES OR PERSONS [L.R.3-16]

☐ by transmitting via facsimile on this date from fax number +1 510 273 8832 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☐ by transmitting via email to the parties at the email addresses listed below:

Michael B. Horrow
Donahue & Horrow
222 North Sepulveda Blvd, 20th Floor
El Segundo, CA 90245
Tele: 310-335-2006
Fax: 310-335-2001
E-mail: mharrow@donahueharrow.com
Attorney for Plaintiff, Larry F. Madsen, DDS

- 1 -

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on July 14, 2008, at Oakland, California.

Shannon Wurth

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DOCSOAK-9911891.1-LOLIVER  7/14/08 9:19 AM