Michael B. Horrow (SBN 162917)
mhorrow@donahuehorrow.com
DONAHUE & HORROW LLP
222 N. Sepulveda Blvd., 20th Floor
El Segundo, CA 90245
Telephone: 310-335-2006
Facsimile: 310-335-2001

Attorneys for Plaintiff Larry F. Madsen, D.D.S.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY F. MADSEN, DDS, <br><br> Plaintiff, <br><br> vs. <br><br> OHIO NATIONAL LIFE ASSURANCE CORPORATION, and DOES 1 through 10, inclusive, <br><br> Defendants. | No.: C08-03379 CRB <br><br> Before the Honorable Charles R. Breyer <br><br> [~~PROPOSED~~] ORDER RE PLAINTIFF'S REQUEST FOR LEAVE TO FILE AN OPPOSITION TO OHIO NATIONAL'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, REQUEST FOR A CONTINUANCE OF THE APRIL 17, 2009 HEARING DATE |

Good cause appearing and in consideration of the Declaration of Michael B. Horrow, Esq., the Court rules as follows:

_____ Plaintiff's request for leave to file an opposition to Ohio National Life Assurance Corporation's motion for summary judgment is granted. Ohio National Life Assurance Corporation's reply is now due on  April 10, 2009  . The hearing date for this motion will take place on April ~~17~~ 24, 2009.

OR

---

CASE NO. C08-03379 CRB                                                    – 1 –

[PROPOSED] ORDER RE PLAINTIFF'S REQUEST FOR LEAVE TO FILE AN OPPOSITION TO OHIO NATIONAL'S MOTION FOR SUMMARY JUDGEMENT, OR IN THE ALTERNATIVE, REQUEST TO CONTINUE HEARING DATE

1
2 _____ The hearing on Ohio National Life Assurance Corporation's motion will ~~not~~ take
3 place on __April 24, 2009__ in the above entitled court at 10:00 a.m.
4 The hearing date of April 17, 2009 is vacated.
5
6 IT IS SO ORDERED.
7
8 Dated: __April 03, 2009__
9                                                                 HONORABLE CHARLES R. BREYER
                                                                  UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

DONAHUE & HORROW, LLP

CASE NO. C08-03379 CRB                                    -- 2 --