Robert D Phillips, Jr., (SBN 82639)
Email: rphillips@reedsmith.com
Joy L. Durand (SBN 245413)
Email: jdurand@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

Mailing Address:
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone: (415) 543-8700
Facsimile:  (415) 391-8269

Linda B. Oliver (SBN 166720)
Email: loliver@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   (510) 763-2000
Facsimile:   (510) 273-8832

Attorneys for Defendant
Ohio National Life Assurance Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY F. MADSEN, DDS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>OHIO NATIONAL LIFE ASSURANCE CORPORATION, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendant. | No.: C08-03379 CRB<br><br>[PROPOSED] **ORDER CONTINUING (1) HEARING DATE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND ALTERNATIVE MOTION FOR PARTIAL SUMMARY JUDGMENT AND (2) FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Date:　　　　April 24, 2009<br>Time:　　　　10:00 a.m.<br>Courtroom:　　8, 19th Floor<br>Trial Date:　　June 8, 2009<br><br>Honorable Charles R. Breyer |

1   Having reviewed the stipulation of the parties, the Court finds good cause for the requested
2   continuance.
3   THEREFORE, IT IS ORDERED THAT: the further case management conference set for
4   April 17, 2009 and the summary judgment hearing on April 24, 2009 are continued to May 1, 2009
5   at 10:00 a.m., and the due date for defendant's reply in support of its motion for summary judgment
6   is continued from April 10, 2009 to April 17, 2009.

DATED: April 8, 2009



HONORABLE
UNITED

Judge Charles R. Breyer

No.: C08-03379 CRB                                    – 2 –

[PROPOSED] ORDER CONTINUING HEARING ON MOTION FOR SUMMARY JUDGMENT AND FURTHER CASE MANAGEMENT CONFERENCE