IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY F. MADSEN, DDS,<br><br>    Plaintiff,<br><br>  v.<br><br>OHIO NATIONAL LIFE ASSURANCE CORPORATION,<br><br>    Defendants.<br>_____ / | No. C 08-3379 CRB<br><br>**ORDER DENYING APPLICATION FOR ORDER SHORTENING TIME** |

Defendant's motion for an ordering shortening time for hearing of motion to strike plaintiff's supplemental disclosures is DENIED.  Such motion may be heard at the pretrial conference since it is in effect a motion in limine.

**IT IS SO ORDERED.**

Dated: April 20, 2009

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\3379\orderdenyingmst.wpd