1   Robert D Phillips, Jr., (SBN 82639)
    Email: rphillips@reedsmith.com
2   Joy L. Durand (SBN 245413)
    Email: jdurand@reedsmith.com
3   REED SMITH LLP
    Two Embarcadero Center, Suite 2000
4   San Francisco, CA 94111-3922

5   Mailing Address:
    P.O. Box 7936
6   San Francisco, CA 94120-7936

7   Telephone: (415) 543-8700
    Facsimile:  (415) 391-8269
8
    Linda B. Oliver (SBN 166720)
9   Email: loliver@reedsmith.com
    REED SMITH LLP
10  1999 Harrison Street, Suite 2400
    Oakland, CA 94612-3572
11
    **Mailing Address:**
12  P.O. Box 2084
    Oakland, CA 94604-2084
13
    Telephone:  (510) 763-2000
14  Facsimile:  (510) 273-8832

15  Attorneys for Defendant
    Ohio National Life Assurance Corporation
16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LARRY F. MADSEN, DDS, | No.: C08-03379 CRB |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |
| vs. | |
| OHIO NATIONAL LIFE ASSURANCE CORPORATION, and DOES 1 through 10, inclusive, | Honorable Charles R. Breyer |
| Defendant. | |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel of record, that the Court may make and enter its order dismissing the above-captioned action with prejudice in its entirety, each party to bear its/his own costs and fees.

DATED: July 16, 2009.

          REED SMITH LLP

By   //s// Robert D. Phillips, Jr.
      Robert D. Phillips, Jr.
      Attorneys for Defendant
      Ohio National Life Assurance Corporation

DATED:  July 8, 2009.

          DONAHUE & HORROW LLP

By   //s// Michael B. Horrow
      Michael B. Horrow
      Attorneys for Plaintiff Larry F. Madsen, D.D.S.

**IT IS SO ORDERED.**

DATED:  July 22, 2009.



Charles R. Breyer
United States District Judge

US_ACTIVE-101888470.1

No.: C08-03379 CRB     – 1 –
OHIO NATIONAL LIFE ASSURANCE CORPORATION'S AMENDED TRIAL BRIEF